IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

KENNEDY M. RUSSELL, SR.,

Defendant.                                                    No. 12-1016-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On October 15, 2012, Russell filed a filed entitled motion under Fed. R. Crim. P 60(b)(2) & (6) Amended Edition (Doc. 4). The caption contains the above case number and Russell's closed criminal case number, 10-30106-DRH. After reviewing the pleading, the Court believes that Russell intended to file the motion in his criminal case and not his civil 28 U.S.C. § 2255 petition. Thus, the Court **STRIKES** the motion from this civil case and **DIRECTS** the Clerk of the Court to file the motion in his criminal case.

**IT IS SO ORDERED.**

Signed this 17th day of October, 2012.

Digitally signed by
David R. Herndon
Date: 2012.10.17
10:24:40 -05'00'

Chief Judge
United States District Court