IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KENNEDY M. RUSSELL, SR.,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.                                         No. 12-1016-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on September 26, 2013 (Doc. 56), Petitioner's Motion is **DENIED** and this cause is **DISMISSED** with prejudice.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  s/*Sara Jennings*
       **Deputy Clerk**

Dated:   September 26, 2013

Digitally signed by
David R. Herndon
Date: 2013.09.26
15:37:02 -05'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT